# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CAROL J. REES, et al.,**

    **Plaintiffs,**

                                                **Case No. 2:15-cv-2821**

    v.                                          **Judge Gregory L. Frost**

**W.M. BARR & COMPANY, INC., et al.,**

    **Defendants.**

## ORDER

Defendant, Optum's Motion to be Dismissed as a Party Defendant (ECF No. 18) shall come on for a non-oral hearing on January 8, 2016 at 8:00 a.m.

    **IT IS SO ORDERED.**


                                                **/s/ Gregory L. Frost**
                                                Gregory L. Frost
                                                United States District Judge